# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|     Richard G. Mott, Jr., | : | |
|     Debtor. | : | Bankruptcy No. 18-17678-MDC |

# O R D E R

**AND NOW**, on April 16, 2019, Erik B. Jensen (the "Applicant") filed with the Court an Application for Compensation and Reimbursement of Expenses (the "Application").[1]

**AND**, on October 9, 2019, the Applicant filed a Certificate of No Response Regarding Motion for Compensation.[2]

**AND**, this case involves the representation of a below-median debtor, *see generally* 11 U.S.C. §1325(b) (establishing different standards for measuring plan confirmability depending upon whether the debtor's income is above median or below median); Official Form B-122C (requiring less financial disclosure from below median debtors).

**AND**, the Applicant requests compensation in an amount that exceeds the amount this Court is authorized to allow in chapter 13 cases involving below-median debtors pursuant to a "short form application" authorized by L.B.R. 2016-3.

**AND**, a "long-form application" under L.B.R. 2016-2(a) must include, among other things, a chronological description of each service performed, the time expended for each service and a list by type of the expenses for which reimbursement is sought. L.B.R. 2016-2(a)(1) & (2).

It is hereby **ORDERED** and **DETERMINED** that:

1.    The Applicant failed to comply with L.B.R. 2016-2(a)(1) & (2) because the Application failed to attach a copy of the Applicant's relevant time records.

---

[1] Bankr. Docket No. 21.

[2] Bankr. Docket No. 51.

2. Due to its failure to comply with L.B.R. 2016-2, the Application is **DENIED** without prejudice to the Applicant's right to file an amended application that comports with applicable rules.

Dated: November 12, 2019

MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE

Erik B. Jensen, Esquire
Jensen Bagnato, PC
1500 Walnut Street, Suite 1920
Philadelphia, PA 19102

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912